# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

LILBURN J. NUNNELEE, II,

    Plaintiff,

v.                                Case No. 3:11cv481/MCR/CJK

DAVID MORGAN, et al.,

    Defendants.

_____/

## O R D E R

    Upon consideration of the Report and Recommendation of the magistrate judge filed on May 31, 2013 (doc. 20), pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation (Doc. 21), the Recommendation is adopted as the opinion of the court.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's Report and Recommendation (doc. 20) is adopted and incorporated by reference in this order.

    2.    The plaintiff's Third Amended Complaint is DISMISSED WITH PREJUDICE under 28 U.S.C. § 1915(e)(2)(B)(ii) and (iii), for plaintiff's failure to state a claim upon which relief may be requested.

    4.    The clerk is directed to close the file.

**DONE AND ORDERED** this 8th day of July, 2013.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**